## De La Guerra v. Burton.

A JUDGE, who is related to either of the parties to an action, within the third degree of consanguinity, is incompetent to try an action between them.

APPEAL from the District Court, Second Judicial District, Santa Barbara County.

Burton, the defendant, moved to change the place of trial on the ground that De La Guerra, the plaintiff, and Joaquin Carillo, the District Judge, were first cousins, and therefore within the third degree of consanguinity.   The motion was denied and defendant appealed.

*Eugene Liés*, for Appellant.

*Harmon & Hartley*, for Respondent.

COPE, C. J. delivered the opinion of the Court—NORTON, J. and CROCKER, J. concurring.

It appears in this case, that the Judge who tried it is related to the plaintiff within the third degree of consanguinity.   He was, therefore, incompetent to try it; and the judgment is reversed and the cause remanded for a new trial.